**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 24-1917**

─────────

OKNYON MOSER,

        Petitioner,

     v.

PAMELA JO BONDI, Attorney General,

        Respondent.

─────────

On Petition for Review of an Order of the Board of Immigration Appeals.

─────────

Submitted:  April 16, 2025                    Decided:  April 24, 2025

─────────

Before AGEE and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────

Petition denied by unpublished per curiam opinion.

─────────

Oknyon Moser, Appellant Pro Se.  Lisa Morinelli, General Litigation & Appeals Section, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oknyon Moser, a native and citizen of South Korea, petitions for review of an order of the Board of Immigration Appeals (Board) upholding the Immigration Judge's denial of her untimely motion to reopen. We have reviewed the administrative record and Moser's claims and conclude that Moser's informal brief does not challenge the basis for the agency's disposition. As such, she has forfeited appellate review of the Board's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). To the extent Moser's arguments may be liberally construed to challenge the grounds cited by the agency for denying relief, our review discloses no abuse of discretion. 8 C.F.R. § 1003.23(b)(3) (2024); *Mosere v. Mukasey*, 552 F.3d 397, 400 (4th Cir. 2009). Accordingly, we deny the petition for review. *In re Moser* (B.I.A. Sept. 10, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*